# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

D-6 JOSÉ A. RIOS,

        Defendant.

Case No: 24-CR-20261
Honorable Matthew F. Leitman
Magistrate Judge Elizabeth A. Stafford

| | |
|---|---|
| Rajesh Prasad<br>Timothy McDonald<br>Assistant United States Attorneys<br>211 West Fort Street<br>Detroit, MI 48226<br>313-226-0821<br>Rajesh.Prasad@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>33 Bloomfield Hills Parkway, Ste 242<br>Bloomfield Hills, Michigan 48304<br>(248) 540-1600<br>Paul@StableinLaw.com |

### ORDER RELEASING THE DEFENDANT PENDING ARRAIGNMENT ON THE INDICTMENT AND SETTING TERMS FOR RELEASE IN CONNECTION WITH LIMITED APPEARANCE BOND

WHEREAS the Court having conducted a status conference concerning the above-captioned matter on February 27, 2025, and the Court being fully advised in the premises, for the reasons stated on the record during the status conference, IT IS HEREBY ORDERED as follows:

1. Defendant shall sign the attached Limited Appearance Bond prior to any release and agree to abide by all conditions contained in the Limited Appearance Bond and this order.

1

2. The United States Marshal, any designate of the United States Marshal, or any law enforcement agency or entity having custody of the Defendant, shall release the Defendant from custody on Monday, March 3, 2025 (by 4:00 a.m. local time at the place of confinement), to, and only to, the company of his attorney, Paul J. Stablein, Michigan Bar Number P42544.

3. Upon Defendant's release from custody to the company of Mr. Stablein, Defendant and Mr. Stablein shall travel directly to the Theodore Levin United States Courthouse in Detroit, Michigan, so that Defendant may submit himself to the custody of the United States Marshal at the Detroit courthouse.  Defendant shall submit himself to the custody of the Marshal in Detroit by not later than 12:00 p.m. (noon) on March 3, 2025.  From that point forward, all matters related to any possible further pretrial release of Defendant shall be handled by judicial officers in the United States District Court for the Eastern District of Michigan.

4. During the entire time that Defendant is out of custody and traveling to Detroit, he shall remain in the company of Mr. Stablein.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: February 28, 2025

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 24-cr-20261-6 |
| Jose A. Rios | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, Jose A. Rios _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☑ to appear for court proceedings;
☑ if convicted, to surrender to serve a sentence that the court may impose; or
☐ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☑ (1) This is a personal recognizance bond. **(See Supplement for additional information regarding bond)**
☐ (2) This is an unsecured bond of $ _____.
☐ (3) This is a secured bond of $ _____, secured by:
  ☐ $ _____ in cash deposited with the court.
  ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

☐ (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

   (1) all owners of the property securing this appearance bond are included on the bond;
   (2) the property is not subject to claims, except as described above; and
   (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)


Dated: _____                       _____
                                                                                          *Defendant's signature*

_____              _____
     *Surety/property owner – printed name*                      *Surety/property owner – signature and date*

_____              _____
     *Surety/property owner – printed name*                      *Surety/property owner – signature and date*

_____              _____
     *Surety/property owner – printed name*                      *Surety/property owner – signature and date*

                                                                  KINIKIA D. ESSIX, CLERK OF COURT

Date: February 27, 2025                                       s/Holly A. Ryan
                                                                       *Signature of Clerk or Deputy Clerk*

Approved.

Date: February 27, 2025                                       s/Matthew F. Leitman
                                                                       *Judge's signature*